UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SHANE A. COSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-06048-HU<br><br><br>ORDER FOR EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $8,216.75, and expenses in the amount of $27.95, for a total of $8,244.70, shall be awarded to Plaintiff, pursuant to 28 U.S.C. § 2412(d) (EAJA).  Plaintiff shall also be awarded $72.00 in costs, pursuant to 28 U.S.C. § 1920.

If it is determined that Plaintiff's supplemental EAJA fees and expenses are not subject to any offset under the Department of Treasury's Offset Program, then the check for EAJA fees shall be made payable to Linda S. Ziskin, based upon Plaintiff's assignment of this fee to his attorney.  Any checks for fees and costs shall be mailed to Linda Ziskin, P.O. Box 753833, Las Vegas, NV 89136.

IT IS SO ORDERED this   12th   day of        June        , 2013.

/s/ Dennis J. Hubel
UNITED STATES MAGISTRATE JUDGE

Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

ADRIAN L. BROWN, OSB #050206
Assistant United States Attorney

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2240

Page 1    ORDER FOR EAJA FEES - [3:09-CV-06048-HU]